UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION (Montgomery)

| | |
|---|---|
| IN RE: | : CASE NO: 19-32046-WRS |
| | : CHAPTER: 13 |
| **MITTZIE W. CAMPBELL** | : |
| Debtor | : |
| --- | --- |
| **U.S. BANK TRUST NATIONAL ASSOCIATION,** | : |
| **AS TRUSTEE OF THE BUNGALOW SERIES IV** | : |
| **TRUST,** | : |
| Movant, | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| **MITTZIE W. CAMPBELL** | : |
| **SABRINA L. MCKINNEY, Trustee** | : |
| Respondents. | : |

## MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay to pursue a reformation action in the Circuit Court of Butler County, Alabama, described with more particularity below, with respect to certain real property having an address of **674 Jay Street, Georgiana, AL 36033** (the "Property"). The facts and circumstances supporting this Motion are set forth in the Affidavit in Support of Motion for Relief from Automatic Stay attached hereto as Exhibit "C". In further support of this Motion, Movant respectfully states:

1. The Debtor has executed and delivered that certain promissory note in the original principal amount of **$38,250.00** (the "Note"). Movant is an entity entitled to enforce the Note. A copy of the Note is attached hereto as Exhibit "A".

2. Pursuant to that certain **Mortgage** (the "**Mortgage**"), all obligations (collectively, the "Obligations") of the Debtor under the Note and the **Mortgage** with respect to the Loan are secured by the Property. A copy of the **Mortgage** is attached hereto as Exhibit "B".

3. The above-mentioned reformation action will seek to correct the vesting deed and subject mortgage so that they include all intended property.

4. Cause exists for relief from the automatic stay for the following reasons:

   a. Movant and Debtor are inadequately protected until such time as the vesting deed and mortgage are corrected.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed with a reformation action in the Circuit Court of Butler County, Alabama:

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.


RUBIN LUBLIN, LLC

/s/ Amanda Beckett                                              Date: 3/16/21
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor

CERTIFICATE OF SERVICE

      I, Amanda Beckett of Rubin Lublin, LLC certify that I caused a copy of the Motion for Relief from Automatic Stay (Real Property) to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Mittzie W. Campbell
PO Box 41
Chapman, AL 36015

Paul D. Esco, Esq.
Attorney at Law, LLC
2800 Zelda Road
Suite 200-7
Montgomery, AL 36106

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

Bankruptcy Administrator
U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104


Executed on 3/16/21

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor